COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| HALEK ENERGY, LLC, | | No. 08-10-00125-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 271st District Court |
| | § | |
| NATURAL GAS SERVICES GROUP, | | of Jack County, Texas |
| INC. | § | |
| Appellee. | | (TC# 09-09-084) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is the joint motion of Appellant, Halek Energy, LLC, and Appellee, Natural Gas Services Group, Inc., to reverse the trial court's judgment and remand to the trial court for additional proceedings. *See* TEX. R. APP. P. 42.1. We grant the motion, reverse the judgment of the trial court, and remand the cause to the trial court for further proceedings. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

July 30, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.